IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HARVEY LYNN MOOSBERG, ) <br>  ) <br> Plaintiff(s), ) <br>  ) <br> vs. ) <br>  ) <br> UNIVERSITY OF HAWAII AT ) <br> MANOA; UNIVERSITY OF ) <br> HAWAII; KAPIOLANI ) <br> COMMUNITY COLLEGE; DR. ) <br> BRENDA IVELISSE; CHRISTINE ) <br> AKANA HOLMES; EMILY JO ) <br> NOSCHESE; BRIAN DYE ) <br> NAKAMOTO; AMI TSUJI-JONES; ) <br> JAN L. FRIED; DANIEL J. ) <br> DIDONNA ) <br>  ) <br> Defendant(s). ) <br> _____ ) | CV 17-00176 DKW-RLP <br><br> ORDER ADOPTING <br> MAGISTRATE JUDGE'S <br> FINDINGS AND <br> RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on September 21, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Dismiss This Action Without Prejudice" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 25, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Harvey Lynn Moosberg v University of Hawaii et al.;*
Civil No. 17-00176 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**